UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERIN C. GUARINO, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:22-cv-1009 |
| ) | |
| CVS PHARMACY, INC., ) | |
|     Defendant. ) | |

## DEFENDANT, CVS PHARMACY, INC.'S NOTICE OF REMOVAL

The Defendant, Connecticut CVS Pharmacy, LLC (incorrectly named as CVS Pharmacy, Inc. ("Defendant" or "CVS"), pursuant to 28 U.S.C. § 1446 and 28 U.S.C. § 1332, hereby files this Notice of Removal of the above-captioned action to the United States District Court for the District of Connecticut from the Judicial District of New Britain at New Britain (Docket No.: HHB-CV22-6074009-S) where the action is now pending, and further asserts and avers as follows:

1. This dispute arises out of bodily injuries allegedly suffered by the Plaintiff on or about December 6, 2021 while shopping at the CVS retail store located at 60 Middle Street in Bristol, Connecticut.

2. Plaintiff alleges to have served her Complaint and Summons on the Defendant on July 19, 2022. A copy of the Plaintiff's Complaint, Summons and Return of Service is attached hereto as **Exhibit A**.

3. In her Complaint/Summons, the Plaintiff identifies herself as a resident of the State of Connecticut.

4. CVS Pharmacy, Inc. is a corporation organized under the laws of the State of Rhode Island with a principal place of business also located in the State of Rhode Island. See **Exhibit B**. As noted above, the correct CVS entity is Connecticut CVS Pharmacy, LLC. Connecticut CVS Pharmacy, LLC's sole member is CVS Pharmacy, Inc. – which has a principal place of business in Rhode Island. See **Exhibit C**. The citizenship of a limited liability company is determined by the citizenship of its members. See Carden v. Arkoma Assocs., 494 U.S. 185 (1990). Pursuant to 28 U.S.C. § 1332, "a corporation shall be deemed to be a citizen of every State…by which it has been incorporated and of the State…where it has its principal place of business." Therefore, Connecticut CVS Pharmacy, LLC is a citizen of the State of Rhode Island for diversity jurisdiction purposes.

5. The amount in controversy exceeds $75,000, exclusive of interest and costs. According to the Complaint, the Plaintiff alleges to have suffered, among other injuries, a left shoulder fracture. In light of the foregoing, the amount in controversy requirement is satisfied.

6. The Defendant will give written notice of the filing of this Notice to all adverse parties and to the Clerk of the Judicial District of New Britain at New Britain as required by 28 U.S.C. § 1446(d).

WHEREFORE, the Defendant respectfully requests that this action proceed in this Court as an action properly removed to it.

3

          Respectfully submitted,
          **DEFENDANT,**
          By its attorneys,

          /s/ Young B. Han
          Young B. Han, Bar No. ct29543
          yhan@davids-cohen.com
          **DAVIDS & COHEN, P.C.**
          40 Washington Street, Suite 20
          Wellesley, MA 02481
          (781) 416-5055

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 8, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System:

*For the Plaintiff:*
James V. Sabatini, Esq.
Sabatini and Associates, LLC
One Market Square
Newington, CT 06111


            /s/ Young B. Han
            Young B. Han