# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 20 Franklin Square; New Britain, CT  06051 | ( 860 ) 515 – 5180 | 08/23/2022 |

| ☒ Judicial District   ☐ Housing Session | G.A. Number: | At *(City/Town)* New Britain | | Case type code *(See list on page 2)* Major: **M**   Minor: **90** |
|---|---|---|---|---|

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Sabatini and Associates, LLC; One Market Square; Newington, CT  06111 | 052654 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 860 ) 667 – 0839 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.    ☐ Yes   ☒ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name:  GUARINO, Erin C.<br>Address:  626 Wolcott Road; Bristol, CT  06010 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| **First defendant** | Name:  CVS PHARMACY, INC.; 1 CVS Drive; Woonsocket, RI  02895<br>Address:  Agent:  CT Corporation System; 67 Burnside Avenue; East Hartford, CT  06108-3408 | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date 7-   2022 | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court<br>☐ Clerk | Name of person signing James V. Sabatini, Esquire |
|---|---|---|---|

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

| For Court Use Only |
|---|
| File Date |
| TRUE COPY ATTEST<br>Alan F. Zaniewski<br>State Marshal<br>Hartford County |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

Page 1 of 2

RETURN DATE:   August 23, 2022

| | | |
|---|---|---|
| **ERIN C. GUARINO** | : | **SUPERIOR COURT** |
| **VS.** | : | **NEW BRITAIN JUDICIAL DISTRICT** |
| **CVS PHARMACY, INC.** | : | **JULY 15, 2022** |

## COMPLAINT

1. Plaintiff, Erin C. Guarino, was and is a citizen of the State of Connecticut residing in the Town of Bristol.

2. Defendant CVS Pharmacy, Inc., was and is a corporation organized and existing under the laws of the State of Rhode Island with a principal place of business located at 1 CVS Drive, Woonsocket, Rhode Island 02895.

3. At all times material, defendant owned, operated, controlled and/or maintained the CVS store located at 60 Middle Street, Bristol, Connecticut 06010.

4. On or about December 6, 2021, at approximately 3:00 p.m., plaintiff entered the CVS store in Bristol, Connecticut.

5. At all times material, plaintiff was lawfully on the defendant's premises as a business invitee.

6. As she was walking inside the store, the plaintiff tripped and fell on a grey colored plastic composite pallet that was located at the end of a store aisle and in a walkway.

7. The color of the flooring immediately around the pallet was of a similar grey color.

8. The pallet was located in a high foot traffic area of the store.

9. The pallet was of a low profile.

10. Product was on the pallet.

1

11. There were no signs, cones, or tape alerting customers of the pallet's presence.

12. There was no paint or other markings along the edges of the pallet to alert customers of its presence.

13. The pallet was put in a location intended and designed to be a walkway.

14. Defendant, by and through its agents and/or employees, put the pallet, or directed the pallet to be put, in the location where plaintiff tripped and fell over it.

15. As a direct and proximate result of the fall, plaintiff suffered and sustained the harms and losses hereinafter set forth.

16. Plaintiff's harms and losses were caused by the negligence and carelessness of the defendant, by and through its agents and/or employees, in one or more of the following ways:

(a) In that the pallet was placed in an area that created a tripping hazard causing the walkway to be in an unsafe condition;

(b) In that defendant created the unsafe condition;

(c) In that defendant failed to adequately inspect the premises;

(d) In that defendant failed to warn invitees including the plaintiff of the unsafe condition;

(e) In that the unsafe conditions as described aforesaid had existed for an unreasonable period of time yet the defendant had taken no measures to remedy or correct it;

(f) In that the defendant knew or in the exercise of reasonable care and inspection should have known of the unsafe condition and should have taken measures to remedy and correct it, but this the defendant carelessly and negligently failed to do; and

(g) In that the premises were not reasonably safe for their intended uses.

2

17. As a direct and proximate result of the defendant's negligence, plaintiff fell to the floor and suffered the following injuries: left shoulder, nondisplaced fracture of the proximal end of left humerus, left knee, physical pain and suffering, and mental anguish.

18. One or more of Plaintiff's injuries or the effects thereof are permanent in nature.

19. Plaintiff's quality of life has been and will be adversely affected.

20. As a result of defendant's negligence, plaintiff has incurred and will incur medical bills for medical care and treatment.

## PRAYER FOR RELIEF

WHEREFORE, the plaintiff demands judgment against defendant for compensatory damages, trial by jury, together with the costs of this action and interest, plus any other further relief, which the court deems just under the circumstances.

Hereof fail not but of this writ, with your doings thereon, make due service and return according to law.

Dated at Newington, Connecticut this 15th day of July 2022.

---

James V. Sabatini, Esquire
SABATINI AND ASSOCIATES, LLC
One Market Square
Newington, CT 06111
Tel. No.: (860) 667-0839
Fax No.: (860) 667-0867
Juris No.: 052654
jsabatini@sabatinilaw.com

Please file our appearance
for the Plaintiff.

---

James V. Sabatini, Esq.

TRUE COPY
ATTEST

---

Alan F. Zaniewski
State Marshal
Hartford, County

4

**STATEMENT OF AMOUNT IN DEMAND**

The amount in demand is greater than $15,000 exclusive of costs and attorneys' fees.

STATE OF CONNECTICUT )
) ss. East Hartford                July 19, 2022
COUNTY OF HARTFORD )

Then and there by virtue hereof, on July 19, 2022, in the town of East Hartford, County of Hartford, I left with and in the hands of Gary Scepinni, Manager, CT Corporation System, agent for service for CVS Pharmacy, Inc., the within named defendant, 67 Burnside Avenue, East Hartford, CT, a true and attested verified copy of the original Writ, Summons, Complaint, Prayer for Relief and Statement of Amount in Demand with my endorsement thereon.

The within and foregoing is the original Writ, Summons, Complaint, Prayer for Relief and Statement of Amount in Demand with my doings hereon endorsed.

ATTEST

Alan F. Zaniewski
State Marshal
Hartford County

Fees:

| | | |
|---|---|---|
| Pages | $ | 6.00 |
| Ends. | | 2.00 |
| Service | | 40.00 |
| Travel | | 17.00 |
| Total | $ | 65.00 |